UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DONALD PERRY, | Case No. 16-CV-0137 (PJS/HB) |
| Plaintiff, | |
| v. | ORDER |
| BOSTON SCIENTIFIC FAMILY;<br>BOSTON SCIENTIFIC CORPORATION;<br>STEIN, M.D., Chief Medical Officer;<br>BOSTON SCIENTIFIC CARDIAC<br>RHYTHM MANAGEMENT et al.; any<br>Future and any Past John Doe and Jane<br>Doe defendants in their official and<br>individual capacities or job positions, | |
| Defendants. | |

---

This matter is before the Court on the June 27, 2016 Order and Report and Recommendation ("R&R") of Magistrate Judge Hildy Bowbeer. Judge Bowbeer recommends denying plaintiff Donald Perry's motions to remand this case to state court. On July 18, 2016, the Court received "plaintiff's motion to dismiss the defendants Boston Scientific Family, et al. inadequately filed defendants' notice of removal for lack of jurisdiction of this Federal Court?" ECF No. 31. The Court construes this filing as an objection to the R&R. Having conducted a de novo review, *see* 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), the Court overrules Perry's objection and adopts the R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff's objection [ECF No. 31] and ADOPTS the R&R [ECF No. 27].  IT IS HEREBY ORDERED THAT plaintiff's motions to remand [ECF No. 5, 7, 31] are DENIED.

Dated: July 22, 2016                    s/Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge